LENIHAN v. WARD. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Appeal from Special Term, Kings County. Action by John J. Lenihan against Robert Ward. From a judgment for plaintiff,

defendant appeals. Affirmed. Chas. C. Clark, for appellant. Walter E. Warner, for respondent.

GAYNOR, J. The contract of the plaintiff was to convey to the defendant a house "each line of it running through a party wall." Each side line does run through the center of a wall, but the claim of the defendant is that one of the walls, while apparently a party wall, and one half on the adjoining land, was there without right. This was a defense for him to establish, but he gave no evidence on the subject. The judgment should be affirmed.